# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BLANCA COSTA DE GALINDO,

    Plaintiff,

v.          Case No. 8:10-cv-2496-T-30TBM

REAL TIME STAFFING SERVICES, INC., d/b/a
SELECT STAFFING, and HIT PROMOTIONAL
PRODUCTS, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court has been advised by Plaintiff's counsel Gregory A. Owens and via Defendant, Real Time Staffing Services, Inc.'s, Notice of Settlement (Dkt. #8) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on May 18, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2496.dismiss 8.wpd